

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00351-CR

RONNEY EARL WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 412th District of Brazoria County.  (Tr. Ct. No. 74312).

After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 22, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.